## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **In re:  Danielle R. Englert,** | **CASE NO. 11-53035** |
| **Debtor.** | **JUDGE C Kathryn Preston** |
| | **CHAPTER 13** |

### NOTICE OF CHANGE OF ADDRESS

Now comes counsel for debtor, Danielle R. Englert, and notifies this Court that debtor has a change of address and now lives at 653 Darlene Place, Galloway, OH 43119.

                                                 */s/ Shannon M. Treynor*
                                                 Shannon M. Treynor, Esq. (0072813)
                                                 63 North Main Street
                                                 P.O. Box 735
                                                 London, Ohio 43140
                                                 PH: (740) 845-1889
                                                 FAX: (740) 845-2919
                                                 Attorney for Debtor

### CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2015, a copy of the foregoing Notice of Change of Address was served on the following registered ECF participants, **electronically** through the Court's ECF System at the email address registered with the Court:

Assistant U.S. Trustee, ustpregion09.cb.ecf@usdoj.gov
Frank M. Pees, trustee@ch13.org
BAC Home Loans Servicing, LP, krichards@lnlattorneys.com
Bank of America, NA, krichards@lnlattorneys.com
Ohio Department of Taxation, bgianangeli@mifsudlaw.com

and on the following by **ordinary U.S. Mail** addressed to:

| | |
|---|---|
| James A. Englert | Danielle R. Englert |
| 653 Darlene Place | 653 Darlene Place |
| Galloway, OH 43119 | Galloway, OH 43119 |

Oak Harbor Capital III, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Suite 400
Seattle, WA 98121